IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR39 |
| | ) | |
| v. | ) | |
| | ) | |
| DENISE A. CERNY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. The government's motion in limine will be taken up by the court immediately prior to selection of the jury in this case. Accordingly,

IT IS ORDERED:

A hearing will be held on the government's motion in limine on April 6, 2009, at 8:30 a.m. in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 25th day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge