IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:08CR39 |
| v. | ) ) | |
| DENISE A. CERNY, | ) ) | ORDER |
| Defendant. | ) ) | |

Before the court is the Request for Transcript by a Non Party, Filing No. 75. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 75) is granted, as outlined below.

2. The nonparty petitioner must contact court reporter Allan Kuhlman at (402) 661-7305 to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the non-party's address pursuant to Filing No. 75.

DATED this 11th day of September, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge